# UNITED STATES DISTRICT COURT
# CIVIL MOTION MINUTES

Date: **8/20/2023**                                              Judge:     **Trenga/(LRV)**
Time: **10:05 - 10:42am**                                     Reporter: **R. Montgomery**

Civil Action Number: **1:23-cv-359**

**JONES**

**V.**

**FAIRFAX COUNTY SCHOOL BOARD**

Appearances of Counsel for Plaintiff and Defendant

| Counsel for Plaintiff | Counsel for Defendant |
|---|---|
| **Seth Obed, Robert Rohn** | **William Porter** |
|  | **Dana Leinbach** |

Motion to/for:
[7] Motion to Dismiss for Failure to State a Claim by deft.

Argued and
(  ) Granted                    (  ) Denied            (**X**) Granted in part/Denied in part
(  ) Taken Under Advisement             (  ) Continued to

(**X**) Order to Follow