IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| DONNA JONES, )<br>)<br>   *Plaintiff,* )<br>)<br>v. )<br>)<br>FAIRFAX COUNTY SCHOOL BOARD, )<br>)<br>   *Defendant.* )<br>_____) | Case No. 1:23-cv-00359 (AJT/LRV) |

## ORDER

On September 20, 2023, the Court held a hearing on Defendant Fairfax County School Board's Motion to Dismiss (the "Motion"), [Doc. No. 7], and for the reasons stated from the bench, it is hereby

**ORDERED** that the Motion [Doc. No. 7] be, and the same hereby is, **GRANTED IN PART** and **DENIED IN PART**. The Motion is **GRANTED** as to Claim I, pertaining to discrimination based on disability; Claim III, pertaining to retaliation; and as to Plaintiff's claim for punitive damages. The Motion is **DENIED** as to Claim II, pertaining to failure to provide reasonable accommodation; and it is further

**ORDERED** that the Motion is **DENIED** as to service of the Complaint, the time for which is hereby extended to the date of service in this case, and the Complaint is hereby deemed timely served; and it is further

**ORDERED** that within 14 days, Plaintiff file a motion for leave to file an amended complaint, with the proposed amended complaint attached.

The Clerk is directed to forward a copy of this Order to all counsel of record.

September 20, 2023
Alexandria, Virginia

                                    _____
                                    Anthony J. Trenga
                                    Senior U.S. District Judge